IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:22mj379 |
| | ) |
| JAMES PATTEN | ) |

**ORDER**

The defendant having demonstrated eligibility for appointment of counsel at government expense, CJA Panel Attorney Aaron B. Wellman is directed to provide representation in this action.

                                              /s/ L. Patrick Auld
                                                 **L. Patrick Auld**
                             **United States Magistrate Judge**

Date: September 26, 2022